IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREA RAWLINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 3:25-cv-00380 |
| | ) JUDGE RICHARDSON |
| CDHA MANAGEMENT, LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has entered an order (Doc. No. 20, "Order") consolidating this case with case number 3:25-cv-00371. As stated in the Order, all future filing pertaining to either case shall be filed under case number 3:25-cv-00371 (*Id.* at 3).

Accordingly, the Clerk's Office is directed to close this case (3:23-cv-00380).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE